Powell Bros., Inc., Appellant, v. Penn Mutual Life Insurance Company of Philadelphia, Appellee.

Gen. No. 42,283.

opinion filed April 28, 1943. Ryan, Condon & Livingston, for appellant; John M. Tuohy and Robert I. Livingston, of counsel; Poppenhusen, Johnston, Thompson & Raymond, for appellee; Edward R. Johnston and Roger W. Barrett, of counsel. PER CURIAM. ''Not to be published in full.''

M. L. Joslyn et al., Appellees, v. Charlotte C. Joslyn, Individually and Next Friend of Joy Lou Joslyn, et al., Appellants.

Gen. No. 9,855.

opinion filed April 28, 1943. Thomas Hart Fisher, for appellants; Norman Crawford, of counsel; G. B. Sturtz and Ernest S. Gail, for certain appellee; Hubbard, Baker & Rice, for certain other appellee; Alvin Glen Hubbard, of counsel. Opinion by PRESIDING JUSTICE HUFFMAN. ''Not to be published in full.''